# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANDRY DANIELS<br>aka LAUNDRY DANIELS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. MAKARADE, et al.,<br><br>　　　　　Defendants. | Case No. 2:20-cv-09428-FMO (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Amended Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected. The Court accepts and adopts the Magistrate Judge's Amended Report and Recommendation.

　　　　IT THEREFORE IS ORDERED that Judgment be entered dismissing this action without prejudice for failure to prosecute and failure to comply with Court orders.

DATED: May 19, 2022

　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE