JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANDRY DANIELS<br>aka LAUNDRY DANIELS,<br><br>             Plaintiff,<br><br>    v.<br><br>J. MAKARADE, et al.,<br><br>             Defendants. | Case No. 2:20-cv-09428-FMO (AFM)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Amended Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice for failure to prosecute and failure to comply with Court orders.

DATED: May 19, 2022

/s/
_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE